*State of New York*
*Supreme Court, Appellate Division*

Decided and Entered:  January 19, 2017          D-13-17
_____

In the Matter of BRUCE A. SEIDMAN,
    an Attorney.                         MEMORANDUM AND ORDER
                                              ON MOTION
(Attorney Registration No. 1923655)
_____

Calendar Date:  January 11, 2017

Before:  McCarthy, J.P., Garry, Egan Jr., Lynch and Mulvey, JJ.

_____

        Bruce A. Seidman, Roseland, New Jersey, pro se.

        Monica A. Duffy, Attorney Grievance Committee for the Third
Judicial Department, Albany, for Attorney Grievance Committee for
the Third Judicial Department.

_____

Per Curiam.

        Bruce A. Seidman was admitted to practice by this Court in
1984 and lists a business address in Roseland, New Jersey with
the Office of Court Administration.  Seidman now seeks leave to
resign from the New York bar for nondisciplinary reasons (see
Uniform Rules for Attorney Disciplinary Matters [22 NYCRR]
§ 1240.22 [a]).  The Attorney Grievance Committee for the Third
Judicial Department advises that it does not oppose Seidman's
application.

        Upon reading the affidavit of Seidman sworn to September 7,
2016, and upon reading the correspondence in response by the
Chief Attorney for the Attorney Grievance Committee for the Third
Judicial Department, and having determined that Seidman is
eligible to resign for nondisciplinary reasons, we grant his
application and accept his resignation.

McCarthy, J.P., Garry, Egan Jr., Lynch and Mulvey, JJ., concur.


ORDERED that Bruce A. Seidman's application to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Bruce A. Seidman's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Bruce A. Seidman shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.


ENTER:

Robert D. Mayberger
Clerk of the Court